UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSARIO M. DE LA ROSA,
                            Plaintiff,

            -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,
                            Defendants.

21-CV-4051 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff has requested permission to hire an attorney for the limited purpose of depositions. (ECF No. 46.) Defendant has consented to the request. (*Id.*)

    Plaintiff's request is granted. Upon entering their Notice of Appearance, Plaintiff's counsel shall specify the scope of their work in this matter.

    SO ORDERED.

Dated: August 3, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge